PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/9/2015 10:26:50 AM
Accepted 9/9/2015 12:59:11 PM
ABEL ACOSTA
CLERK

**NO. _____**

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

**EX PARTE JAMES RICHARD "RICK" PERRY,**
**Appellant**

On Appeal From The 390th Judicial District Court,
Travis County, Texas, Cause No. D-1-DC-14-100139

## APPELLANT'S MOTION FOR LEAVE TO FILE OVERSIZED SUPPLEMENT TO HIS PETITION FOR DISCRETIONARY REVIEW

**TO THE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW Appellant, James Richard "Rick" Perry (Governor Perry), and pursuant to Tex.R.App.P. 9(i)(4), presents this Motion for Leave to File Oversized Supplement to His Petition for Discretionary Review, and would respectfully show this Honorable Court the following:

I.

Governor Perry filed his petition for discretionary review on August 18, 2015. As reflected by the certificate of compliance, that document complied with the word limitations contained in Rule 9.4(i)(2)(D).

Because the State Prosecuting Attorney filed her petition for discretionary review on August 28, 2015, Governor Perry needs to present four supplemental but

contingent grounds for review, as explained in his Motion for Leave to File Supplement to Petition for Discretionary Review, filed this date. They are reflected in his Motion for Leave to File Supplement to Petition for Discretionary Review. However, when the words subject to Rule 9.4(i)(1) from the supplement are included with the words subject to Rule 9.4(i)(1) from the original petition, the total words exceed the 4,500 limit by 883. Accordingly, leave to file an oversized supplement to his petition is respectfully requested.

## **PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Governor Perry respectfully prays that this Court grant leave to file his supplement to petition for discretionary review in its current form, realizing that it exceeds the total word limit by 883 words.

Respectfully submitted,

THE BUZBEE LAW FIRM

BAKER BOTTS L.L.P.

/s/ Anthony G. Buzbee
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tbuzbee@txattorneys.com
Telephone: 713-223-5393
Facsimile: 713-223-5909

/s/ Thomas R. Phillips
Thomas R. Phillips
State Bar No. 00000102
San Jacinto Center
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
tom.phillips@bakerbotts.com
Telephone: 512-322-2565
Facsimile: 512-322-8363

BOTSFORD & ROARK
/s/ David L. Botsford
David L. Botsford
State Bar No. 02687950
1307 West Ave.
Austin, Texas 78701
dbotsford@aol.com
Telephone: 512-479-8030
Facsimile: 512-479-8040

## CERTIFICATE OF SERVICE

This is to certify that a true and complete copy of this document has been emailed to Michael McCrum at michael@McCrumlaw.com, to David Gonzalez at david@sg-llp.com and to Lisa McMinn, State Prosecuting Attorney at lisa.mcminn@spa.texas.gov on the same date it was electronically filed with the Clerk of the Court of Criminal Appeals.

/s/ David L. Botsford
David L. Botsford